UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS MARTIN,<br>    Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL, INC., RAYNHAM SATURN, INC. d/b/a MASTRIA TOWING & RECOVERY and JOHN DOE<br>    Defendants. | C.A. NO.: 13-11388-RWZ |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the Plaintiff, Thomas Martin and the Defendants, Ally Financial, Inc., Raynham Saturn, Inc. d/b/a Mastria Towing & Recovery and John Doe by their attorneys, stipulate that this action be dismissed with prejudice, without costs and with all rights of appeal waived.

| | |
|---|---|
| THE PLAINTIFF,<br>THOMAS MARTIN<br>BY HIS ATTORNEY, | THE DEFENDANT,<br>RAYNHAM SATURN, INC. d/b/a<br>MASTRIA TOWING & RECOVERY<br>BY ITS ATTORNEY, |
| /s/ Nicholas F. Ortiz<br>Nicholas F. Ortiz, BBO #655135<br>nfo@mass-legal.com<br>Law Office of Nicholas F. Ortiz, P.C.<br>125 Summer Street, Suite 1030<br>Boston, MA 02110<br>(617) 716-0282<br>Fax: (617) 507-3456 | /s/ David R. Walsh<br>David R. Walsh, BBO# 669529<br>dwalsh@bsctrialattorneys.com<br>Boyles Shaughnessy & Campo, P.C.<br>695 Atlantic Avenue<br>Boston, MA 02111,<br>(617) 451-2000<br>Fax: (617) 451-5775 |

THE DEFENDANT,
ALLY FINANCIAL, INC.
BY ITS ATTORNEY,

*/s/ Michael Lushan*
Michael Lushan, BBO# 307990
Lushan, McCarthy & Goonan
496 Harvard Street
Brookline, MA 02446
(617) 739-0700

DATE: 10/29/13

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2013, I filed the foregoing document through the ECF system which will send notice electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

*/s/ David R. Walsh*